

83,322-02

**LORINA RUMMEL**
JUDGE, 144TH DISTRICT COURT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 2.199
SAN ANTONIO, TEXAS 78205

Telephone: (210) 335-2511

Facsimile: (210) 335-2503

December 4, 2015

The Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, Texas  78711

      RE:    WR-83,322-02
               Trial Court 2007-CR-7397-W2
               Ex Parte Robert Piazzi

To The Honorable Court of Criminal Appeals:

By order dated July 21, 2015, the trial court ordered attorneys Shawn C. Brown, Neil A. Calfas, and Barry Hitchings to send a copy of their respective affidavits to the applicant regarding the above referenced writ application.

On November 30, 2015, the trial court received a letter from Applicant wherein he states he did not receive affidavits from Neil A. Calfas or Barry Hitchings, and thus has not had an opportunity to file a brief in response to the affidavits. This court has directed the District Clerk to send Mr. Calfas' and Mr. Hitchings' affidavits to applicant.

To afford applicant an opportunity to file any supplemental documents with the trial court, this court is requesting the Court of Criminal Appeals withhold any ruling on applicant's post-conviction writ for 45 days from receipt of this letter.

Sincerely,

Judge Lorina Rummel
144th Judicial District Court
Bexar County, Texas

cc:    Robert Piazzi
       TDCJ No. 01766863
       Jordan Unit
       1992 Helton Road
       Pampa, Texas 79065

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 10 2015

Abel Acosta, Clerk